**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2441**

PAMELA JONES,

        Plaintiff - Appellant,

   v.

THE UNITED STATES OF AMERICA,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Mark S. Davis, District Judge.  (4:09-cv-00129-MSD-DEM)

Submitted:  March 25, 2014        Decided:  March 27, 2014

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Pamela M. Jones, Appellant Pro Se.  Mark Anthony Exley, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pamela M. Jones appeals the district court's order granting the Government's motion to dismiss her complaint filed under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671-2680 (2012). The district court concluded that Jones sought to relitigate a ruling issued by a different district court in an earlier FTCA proceeding, and found this proceeding barred by the doctrine of res judicata and the applicable statutes of limitations. The court also denied Jones' motion to amend the complaint and her Fed. R. Civ. P. 60(b) motion seeking reconsideration of the prior proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. United States, No. 4:09-cv-00129-MSD-DEM (E.D. Va. Sept. 26, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED